45821.   SYSTEMS CONSULTANTS, INC. v.
ENG ENTERPRISES, INC. et al.

QUILLIAN, Judge. The appellant filed a claim against the appellee on an account and the appellee filed a counterclaim. The trial judge, hearing the case without the intervention of a jury, found for the appellee on its counterclaim in the amount of $1,000 which was the amount of its down payment on the purchase price. The appellant filed an appeal to this court and the case is here for review. *Held:*

There was evidence that the appellee purchased a system, consisting of several components, which was supposed to expedite order-taking and food preparation in a fast-food franchise operation.

The evidence, while in conflict, would support a finding that: the system would not function to meet the special purpose of the appellee; the appellant had stated that the system would be suitable for these purposes; the appellee notified the appellant within a reasonable time after the acceptance that the system was not performing properly; the appellee attempted to negotiate a settlement with the appellant; after negotiations failed, the appellee asserted a revocation of the acceptance. Under these circumstances, the evidence supported the verdict. *Code Ann.* § 109A-2—607 (3 a) (Ga. L. 1962, pp. 156, 215); *Code Ann.* § 109A-2—608 (Ga. L. 1962, pp. 156, 216); *Code Ann.* § 109A-2—711 (Ga. L. 1962, pp. 156, 228); Duesenberg-King, Sales & Bulk Transfers under UCC, Vol. 3, § 14.02 [2] [i], p. 14-20. See in this connection, *Trailmobile Div. of Pullman, Inc. v. Jones,* 118 Ga. App. 472, 474 (164 SE2d 346); *Warren's Kiddie Shoppe v. Casual Slacks, Inc.,* 120 Ga. App. 578, 581 (171 SE2d 643).

*Judgment affirmed. Jordan, P. J., and Evans, J., concur.*

ARGUED JANUARY 7, 1971—DECIDED APRIL 9, 1971.

*Dunaway, Shelfer, Haas & Newberry, Bruce B. Weddell,* for appellant.

*Fine & Block, Craig R. Goodman,* for appellees.